IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2022 JUL 19 PM 3:58

OFFICE OF THE CLERK

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ROLANDO E. MIDDER,

Defendant.

8:22CR157

INDICTMENT
18 U.S.C. § 1591(a)(1); (b)(1); & (b)(2)
18 U.S.C. § 2251(a) & (e)

The Grand Jury charges that

## COUNT I

Between on or about February 1, 2022, and on or about June 27, 2022, in the District of Nebraska and elsewhere, in and affecting interstate commerce, the defendant, ROLANDO E. MIDDER, did knowingly recruit, entice, harbor, transport, provide, obtain, advertise, and maintain MINOR VICTIM 1, having had a reasonable opportunity to observe MINOR VICTIM 1, and knowing and in reckless disregard that MINOR VICTIM 1 was under the age of 18 years old, and knowing and in reckless disregard that MINOR VICTIM 1 would be caused to engage in a commercial sex act, and knowing and in reckless disregard that means of force, threats of force, fraud, and coercion would be used to cause MINOR VICTIM 1 to engage in a commercial sex act.

In violation of Title 18, United States Code, Section 1591(a)(1); (b)(1); and (b)(2).

## COUNT II

On or about May 22, 2022, in the District of Nebraska and elsewhere, the defendant, ROLANDO E. MIDDER, did knowingly use, persuade, induce, entice, and coerce, and attempt to use, persuade, induce, entice, and coerce a minor, MINOR VICTIM 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and the visual

depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT III

On or about May 27, 2022, in the District of Nebraska and elsewhere, the defendant, ROLANDO E. MIDDER, did knowingly use, persuade, induce, entice, and coerce, and attempt to use, persuade, induce, entice, and coerce a minor, MINOR VICTIM 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and the visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 2251(a) and (e).

A TRUE BILL

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

KELLI L. CERAOLO, MN #0398049
Assistant U.S. Attorney

2