IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:22CR157 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **UNOPPOSED MOTION TO** |
| v. | ) | **CONTINUE TRIAL** |
| | ) | |
| ROLANDO E. MIDDER, | ) | |
| | ) | |
| Defendant. | ) | |

The Defendant, Rolando Midder, through undersigned Counsel, moves the Court for an order continuing the trial date in this matter for approximately 90 days. In support of this motion, the Defendant states:

1. This is the first request that trial be continued.

2. This case involves a voluminous amount of discovery. Counsel is still receiving discovery from the government. Counsel is still reviewing the discovery.

3. Counsel will need time to discuss all of the relevant material with her client and conduct her own investigation and research.

4. Counsel has discussed with the Defendant his right to a speedy trial, and the consequences of a continuance of the jury trial. Knowing his rights, Defendant agrees that an extension is in his best interests and as such he waives such rights during this extension.

5. Assistant U.S. Attorney Kelli Ceraolo has been consulted and advised counsel that the government has no objection to this continuance.

WHEREFORE, Defendant requests the Court extend the trial date for an additional 90 days.

DATED this 30th day of November, 2022.

ROLANDO E. MIDDER, Defendant

By:   s/ Julie B. Hansen
     **JULIE B. HANSEN**
     **Assistant Federal Public Defender**
     222 South 15th Street, Suite 300N
     Omaha, NE 68102
     (402) 221-7896
     fax: (402) 221-7884
     e-mail: julie_hansen@fd.org