IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:22CR157 |
| | ) | |
| vs. | ) | |
| | ) | |
| ROLANDO E. MIDDER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the Unopposed Motion to Continue Trial [46]. Counsel indicated that matter contains a voluminous amount of discovery and counsel is still receiving discovery from the government. Counsel needs additional time to discuss all of the relevant material with her client and conduct her own investigation and research.  For good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [46] is granted, as follows:

1. The jury trial now set for December 19, 2022 is continued to **March 21, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 21, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED:  December 1, 2022.**

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**