IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:22CR157 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | APPEARANCE |
| | ) | |
| ROLANDO E. MIDDER, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW James J. Regan and hereby enters his appearance as counsel on behalf of Defendant Rolando E. Midder in the above-captioned matter, pursuant to CJA appointment.

> ROLANDO E. MIDDER,
> Defendant
>
> s/James J. Regan
> James J. Regan #15743
> 6035 Binney Street
> Omaha, NE 68104
> (402) 341-2020
> jr@jreganlaw.com
> Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to Kelli L. Ceraolo, Assistant United States Attorney.

> s/James J. Regan
> James J. Regan #15743
> 6035 Binney Street
> Omaha, NE 68104
> (402) 341-2020
> jr@jreganlaw.com
> Attorney for Defendant