IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:22CR157 |
| vs. | ) | |
| ROLANDO E. MIDDER, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on the government's Motion to Continue Trial [56]. Counsel indicated that they are unavailable on March 23, 2023, due to a previously scheduled court hearing in Iowa. Counsel for the defendant, being recently appointed and has yet to receive discovery, did not articulate a position on the motion. For reasons stated in the motion and for continuity of counsel,

**IT IS ORDERED** that the Motion to Continue Trial [56] is granted, as follows:

1. The jury trial now set for March 21, 2023 is rescheduled to **March 13, 2023** in Courtroom 4, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE before Chief Judge Robert F. Rossiter Jr.

**DATED:  December 30, 2022.**

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**