IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>ROLANDO E. MIDDER,<br><br>      Defendant. | 8:22CR157<br><br>ORDER |

  This matter is before the Court on the magistrate judge's[1] April 20, 2023, Findings and Recommendation (Filing No. 80) recommending the Court deny defendant Rolando E. Midder's ("Midder") Motion to Suppress (Filing No. 60). Midder did not object to the Findings and Recommendation, and the time to do so has passed. *See* Fed. R. Civ. P. 72 (stating objections may be filed within fourteen days); NECivR 72.2 (same).

  The Court must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). Without objections, however, further review is unnecessary. *See Leonard v. Dorsey & Whitney LLP*, 553 F.3d 609, 619-20 (8th Cir. 2009) ("[T]he failure to file objections eliminates not only the need for de novo review, but *any* review by the district court."). Accordingly,

  IT IS ORDERED:
1. The magistrate judge's Findings and Recommendation (Filing No. 80) is accepted.
2. Midder's Motion to Suppress (Filing No. 60) is denied.

  Dated this 8th day of May 2023.

---

[1] The Honorable Susan M. Bazis, United States Magistrate Judge for the District of Nebraska.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge