IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ROLANDO E. MIDDER,

Defendant.

**WITNESS LIST**

Case No.   8:22CR157
Deputy:    Marian Lea Frahm
Reporter:  Sue DeVetter
Date:      June 5-9, 2023

FOR PLAINTIFF:

| Name | Date |
|------|------|
| Phyllis Marie Malm | June 5, 2023 |
| Matthew Keith Raes | June 5, 2023 |
| Amanda Vollmer | June 6, 2023 |
| Carlsa Idrees | June 6, 2023 |
| Alan Reyes | June 6, 2023 |
| Brandon Stigge | June 6, 2023 |
| Nikki Lasater | June 6, 2023 <br> June 7, 2023 |
| Eran Renee Peatrowsky | June 7, 2023 |
| Kirsten Minert | June 7, 2023 |
| Amber Mann | June 7, 2023 <br> June 8, 2023 |

FOR DEFENDANT:

| Name | Date |
|------|------|
|  |  |
|  |  |