IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2023 JUN -9 PM 1: 24

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROLANDO E. MIDDER,<br><br>Defendant. | 8:22CR157<br><br>VERDICT FORM |

**COUNT I**

We, the jury, find the defendant, Rolando E. Midder, __guilty__ of the
[guilty/not guilty]

crime of sex trafficking a minor, as charged in Count I of the Indictment.

**COUNT II**

We, the jury, find the defendant, Rolando E. Midder, __guilty__ of the
[guilty/not guilty]

crime of producing child pornography, as charged in Count II of the Indictment.

**COUNT III**

We, the jury, find the defendant, Rolando E. Midder, __guilty__ of the
[guilty/not guilty]

crime of producing child pornography, as charged in Count III of the Indictment.

06/09/2023
Date

[Foreperson signature]
Foreperson