IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:22CR157 |
| v. | |
| ROLANDO E. MIDDER, | ORDER |
| Defendant. | |

This matter is before the Court on defendant Rolando E. Midder's ("Midder") Motion for Permission to Appeal In Forma Pauperis (Filing No. 135). In support, Midder has attached an affidavit of poverty to the motion.

For good cause shown, Midder's motion is granted, and he is permitted to proceed on appeal in forma pauperis on appeal. *See* Fed. R. App. P. 24(a)(3).

IT IS SO ORDERED.

Dated this 7th day of September 2023.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge