# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-3041

United States of America

Appellee

v.

Rolando E. Midder

Appellant

---

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:22-cr-00157-RFR-1)

---

**ORDER**

Appellant has submitted a pro se motion for an extension of time to file his opening brief. Appellant is represented by appointed counsel, and all requests for additional time must be filed counsel. Appellant's pro se motion is denied. The brief remains due January 4, 2024.

December 15, 2023

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
      /s/ Michael E. Gans